

|||
|---|---|
|1|TIMOTHY COURCHAINE<br>United States Attorney|
|2|District of Arizona|
|3|MARCUS SHAND<br>Assistant United States Attorney|
|4|Pennsylvania State Bar No. 323052<br>40 N. Central Ave., Suite 1800|
|5|Phoenix, AZ 85004<br>Telephone: (602) 514-7500|
|6|Email: Marcus.Shand@usdoj.gov<br>Attorneys for Plaintiff|

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-26-00166-PHX-JJT (MTM) |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2<br>(Material False Statement During the Purchase of a Firearm, Aid and Abet)<br>Count 1 |
| David Prince, | |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**

On or about May 31, 2025, in the District of Arizona, Defendant DAVID PRINCE, aided and abetted a person, who knowingly made a false statement and representation in connection with the acquisition of a firearm(s) which was intended and likely to deceive a federal firearms licensee, Grips by Larry, licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm(s) by the business, in that this person did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating they were the actual transferee/buyer, whereas in truth in fact, they were purchasing the firearm(s) on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

Dated this _17th__ day of February, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

_____
MARCUS SHAND
Assistant United States Attorney